761 A.2d 539

IN THE MATTER OF ISABELLE R. STRAUSS,
AN ATTORNEY AT LAW.

November 22, 2000.

## ORDER

The Disciplinary Review Board having filed with the Court its decision concluding that **ISABELLE R. STRAUSS** of **WEST ORANGE,** who was admitted to the bar of this State in 1976, should be reprimanded for violating *RPC* 1.1(a) (gross neglect), *RPC* 1.3 (lack of diligence) and *RPC* 1.4(a) (failure to keep client reasonably informed);

And the Court having determined on the basis of the conduct involved and respondent's lack of prior discipline that the issuance of a letter of admonition would be adequate discipline for respondent's unethical conduct;

And good cause appearing;

It is ORDERED that the Disciplinary Review Board is authorized to issue a letter of admonition to **ISABELLE R. STRAUSS;** and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.